UNITED STATES of America,
Plaintiff–Appellee,

v.

Christopher Bernard WILLIAMS,
Defendant–Appellant.

No. 07–11432
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 16, 2007.

Rick D. Collum, The Collum Law Firm, P.C., Moultrie, GA, for Defendant–Appellant.

Kenneth Alan Dasher, Albany, GA, for Plaintiff–Appellee.

Before TJOFLAT, HULL and PRYOR, Circuit Judges.

PER CURIAM:

Rick D. Collum, appointed counsel for Christopher Williams, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Williams's conviction and sentence are **AFFIRMED**.